IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 08-30251-01-GPM |
| ) | |
| JOSEPH DENNIS, ) | |
| ) | |
| Defendant. ) | |

# ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

On February 6, 2009, Defendant Joseph Dennis pleaded guilty to Count 1 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **Monday, May 11, 2009, at 8 a.m.,** at the East St. Louis, Illinois Courthouse.

**IT IS SO ORDERED.**

DATED: 3/16/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge